### MATSON V. MEACH.

A defendant in an action of trespass, may not depart from his plea of title put in before the justice, and resort to another defense.

ACTION of trespass on land brought before a justice. A plea of title was put in by the defendant, and the cause came by appeal to this court. The defendant moved to alter his plea, to justify as to part and to plead not guilty as to part.

By the Court. It cannot be done. The defendant must pursue and rely upon his plea of title made before the justice, and may not be permitted to resort to any other defense; for if he fails to make out his title set up in his plea, paramount to the possession or other title of the adverse party; judgment shall be rendered against him for treble damages and cost of suit.